**A15CV0762SS**     **FILED**

Cause Number _____     2015 AUG 28  PM 12: 07

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
             DEPUTY

Eue Jin Jeong, Plaintiff                        IN THE WESTERN DISTRICT

vs                                              _____ FEDERAL COURT

FDIC: Federal Deposit Insurance Corporation and    UNITED STATES OF AMERICA
JP Morgan Chase Mortgage,
Defendent

## COMPLAINT

The Bank JP Morgan Chase foreclosed the house located in 4809 B East Oltorf Street Austin TX 78741 bought and owned by Eue Jin Jeong since 2000 and evicted him on August 15th 2014 unlawfully even though the balance of the mortgage was paid off. Eue Jin Jeong now resides in an apartment at the address 2900 Sunridge Dr Apt 713, Austin, TX 78741. His email address is ejeong1@gmail.com and his phone number 512 791 6380.

## MOTION TO DISCLOSE INFORMATION ON HOUSE LOAN

Parties:

Eue Jin Jeong Plaintiff

FDIC, Defendant
JP Morgan Chase Bank Mortgage, Defendant

Grounds:

Plaintiff exercised any and all methods to obtain information on the payoff of his Mortgage Loan through Chase Bank. The FDIC verbally confirmed that the loan was paid off but will not confirm that in writing. Plaintiff is left with no choice but to ask the Honorable Court to grant him relief in obtaining this paperwork.

Property Location: 4807 E. Oltorf St. #8 Austin TX 78741// also known as 4809 B E. Oltorf St. Austin TX 78741

(The property is listed with the Travis County Tax Appraisal District as 4807 E. Oltorf St. #8, Austin TX 78741 and is listed with JP Morgan Chase Bank Mortgage and FDIC as 4809B E. Oltorf St. Austin TX 78741)

Legal Description: Unit 4809B Garden Place Court Plus 10% in common area. Property ID:507789

Mortgage Company: JP Morgan Chase Mortgage
Loan: #1120259101
Payoff Amount: $119232.11
Date of Payment: Dec 31st 2013

The loan was paid off by a friend of Plaintiff. The records at the FDIC indicates that the loan was paid off however, the FDIC cannot release the paperwork directly to Plaintiff. Plaintiff is forced to Petition the court and ask for their assistance in obtaining this paperwork. JP Morgan Chase Mortgage have also declined to provide the paper for this loan.

Plaintiff is entitled to any and all paperwork that pertains to him and his business dealing with the FDIC and/or JP Morgan Chase Mortgage on the property that he owned in conjunction with JP Morgan Chase Bank.

Prayer:

Plaintiff prays for general relief.
Plaintiff prays that the Honorable Court will grant him an order for the Defendants to provide record.

Respectfully Submitted.

Eue Jim Jeong

2900 Sunridge Dr #713
Austin, TX 78741
(512) 791-6380